IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES F. SMITH                                                                                    PLAINTIFF

      v.                                           CIVIL NO. 13-2114

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                          DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

Plaintiff's IFP application indicates that he has a spouse. ECF No. 2. However, Plaintiff did not indicate the nature of his wife's employment, if any, or her income. As such, Plaintiff is directed to submit an amended IFP application providing more specific information regarding all his sources of income. Plaintiff is directed to file his amended IFP application by May 10, 2013. Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 26th day of April 2013.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE