IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES F. SMITH                                         PLAINTIFF

v.                   Case No. 2:13-CV-02114

CAROLYN W. COLVIN,
Commissioner of the Social Security Administration        DEFENDANT

## **O R D E R**

The Court has received proposed findings and recommendations (Doc. 8) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, for the reasons stated in the Report and Recommendations, IT IS ORDERED that Plaintiff's Motion to proceed *in forma pauperis* (Doc. 2) is DENIED, and Plaintiff is directed to pay the filing fee of $400.00 by August 2, 2013. Should Plaintiff fail to comply by that deadline, his Complaint may be dismissed for failure to obey a court order.

IT IS SO ORDERED this 2nd day of July, 2013.

                                                    /s/ P. K. Holmes, III
                                                    P.K. HOLMES, III
                                                    CHIEF U.S. DISTRICT JUDGE